**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ORG STRUCTURE INNOVATIONS, LLC, § | |
| § | Civil Action No. 1:12-cv-01444-SLR |
| Plaintiff, § | |
| § | **JURY TRIAL REQUESTED** |
| v. § | |
| § | |
| AEGIS USA, INC., § | **NOTICE OF VOLUNTARY** |
| § | **DISMISSAL WITHOUT PREJUDICE** |
| Defendant. § | **OF AEGIS USA, INC.** |

Plaintiff ORG Structure Innovations, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Aegis USA, Inc. has not yet answered the complaint. Accordingly, ORG Structure Innovations, LLC voluntarily dismisses Aegis USA, Inc. without prejudice pursuant to Rule 41(a)(1).

Dated: December 11, 2012          STAMOULIS & WEINBLATT LLC

                                                              */s/ Stamatios Stamoulis*
                                                              Stamatios Stamoulis #4606
                                                                     stamoulis@swdelaw.com
                                                              Richard C. Weinblatt #5080
                                                              weinblatt@swdelaw.com
                                                              Two Fox Point Centre
                                                              6 Denny Road, Suite 307
                                                              Wilmington, DE 19809
                                                              Telephone: (302) 999-1540

                                                              *Attorneys for Plaintiff*
                                                              *ORG Structure Innovations, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606